```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

KAM WONG, et al.,

        Plaintiffs,

  -v.-

MOUNT SINAI BETH ISRAEL HOSPITAL, et al.,

        Defendants.
-----------------------------------------------------------X

ORDER OF DISCONTINUANCE

17 Civ. 4595 (GWG)

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      On October 10, 2017, an order was issued on the parties' consent agreeing to disposition of this matter by the undersigned pursuant to 28 U.S.C. § 636(c). By letter dated May 11, 2018, the parties have reported to the Court that they have reached a settlement of this matter.

      Accordingly, it is hereby ORDERED that this action is dismissed without costs (including attorney's fees) to either party and without prejudice to restoration of the action to the calendar of the undersigned within 30 days of the date of this Order if in fact there has not been a settlement of this matter. If either party wishes to reinstate this matter, the party must make a letter application to the undersigned before the 30-day period expires.

      Any pending motions are moot. The Clerk is requested to close the case.

      SO ORDERED.

Dated: May 15, 2018
       New York, New York

                                      GABRIEL W. GORENSTEIN
                                      United States Magistrate Judge